TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
3219 E. Camelback Rd #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Credit Repair Lawyers of America
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Sandra Brantley*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sandra Brantley,<br><br>    Plaintiff,<br><br>  vs.<br><br>Trans Union, LLC,<br>a Delaware limited liability company,<br><br>    Defendant. | Case No.:<br><br>**COMPLAINT**<br><br>**JURY TRIAL DEMAND** |

1

NOW COMES THE PLAINTIFF, SANDRA BRANTLEY, BY AND THROUGH COUNSEL, TRINETTE G. KENT, and for her Complaint against the Defendant, pleads as follows:

## JURISDICTION

1. Jurisdiction of this court arises under 15 U.S.C. §1681p.

2. This is an action brought by a consumer for violation of the Fair Credit Reporting Act, 15 U.S.C. §1681, *et seq*. (hereinafter "FCRA").

## VENUE

3. The transactions and occurrences which give rise to this action occurred in the City of Chandler, Maricopa County, Arizona.

4. Venue is proper in the District of Arizona, Phoenix Division.

## PARTIES

5. Plaintiff is a natural person residing in Chandler, Maricopa County, Arizona.

6. The Defendant to this lawsuit is Trans Union, LLC, which is a Delaware limited liability company that maintains a registered agent in Maricopa County, Arizona.

**GENERAL ALLEGATIONS**

7. Bank of America and Chase Card are reporting obsolete trade lines on Plaintiff's Trans Union credit file; specifically, Bank of America account number beginning 12910, and Chase Card account number beginning 41472 (the "Errant Trade Lines").

8. The Errant Trade Lines should no longer report on Ms. Brantley's credit files because the date of first delinquency occurred more than seven years ago.

9. On July 31, 2017, Ms. Brantley obtained her credit files and noticed Bank of America and Chase Card reporting the Errant Trade Lines.

10. On or about August 28, 2017, Ms. Brantley submitted a letter to Trans Union, disputing the Errant Trade Lines. In this dispute letter, Ms. Brantley explained that the Errant Trade Lines are obsolete and asked that the Errant Trade Lines be removed from her credit files.

11. Upon information and belief, Trans Union forwarded Ms. Brantley's consumer dispute to Bank of America and Chase Card.

12. On or about September 14, 2017, Ms. Brantley received a request for proof of her current mailing address from Trans Union, as well as two other forms of verification. The letter claimed that the current mailing address that Ms. Brantley provided was not listed in Trans Union's record.

13. Contrary to Trans Union's letter, Ms. Brantley's address was in Trans Union's records. Ms. Brantley sent Trans Union an unrelated credit reporting dispute from the same address a few months earlier, and Trans Union sent the results of that investigation to Ms. Brantley at the very same address.

14. Trans Union failed to send investigation results to Ms. Brantley in violation of the Fair Credit Reporting Act.

15. As a direct and proximate cause of the Defendants' negligent and/or willful failure to comply with the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*, Plaintiff has suffered credit and emotional damages. Due to the Defendants' failure to correct the errors in her credit file, Plaintiff has been forced to refrain from applying for new credit or more favorable terms on existing credit lines. Plaintiff has also experienced undue stress and anxiety due to Defendant's failure to correct the errors in her credit file or improve her financial situation by obtaining new or more favorable credit terms as a result of the Defendant's violations of the FCRA.

# COUNT I

## NEGLIGENT VIOLATION OF THE FAIR CREDIT REPORTING ACT BY TRANS UNION

16. Plaintiff realleges the above paragraphs as if recited verbatim.

17. Defendant Trans Union prepared, compiled, issued, assembled, transferred, published, and otherwise reproduced consumer reports regarding Ms. Brantley as that term is defined in 15 USC 1681a.

18. Such reports contained information about Ms. Brantley that was false, misleading, and inaccurate.

19. Trans Union negligently failed to maintain and/or follow reasonable procedures to assure maximum possible accuracy of the information it reported to one or more third parties pertaining to Ms. Brantley, in violation of 15 USC 1681e(b).

20. After receiving Ms. Brantley's consumer dispute to the Errant Trade Lines, Trans Union negligently failed to conduct a reasonable reinvestigation as required by 15 U.S.C. 1681i.

21. Trans Union negligently failed to provide Plaintiff with the results of its reinvestigation before the end of the 30-day period beginning on the date on which Trans Union received the notice of dispute from Plaintiff as required by 15 U.S.C. 1681i.

22. As a direct and proximate cause of Trans Union's negligent failure to perform its duties under the FCRA, Ms. Brantley has suffered actual damages, mental anguish and suffering, humiliation, and embarrassment.

23. Trans Union is liable to Ms. Brantley by reason of its violation of the FCRA in an amount to be determined by the trier fact together with her reasonable attorneys' fees pursuant to 15 USC 1681o.

**WHEREFORE, PLAINTIFF PRAYS** that this court grants her a judgment against Trans Union for actual damages, costs, interest, and attorneys' fees.

## COUNT II

### WILLFUL VIOLATION OF THE FAIR CREDIT REPORTING ACT BY TRANS UNION

24. Plaintiff realleges the above paragraphs as if recited verbatim.

25. Defendant Trans Union prepared, compiled, issued, assembled, transferred, published, and otherwise reproduced consumer reports regarding Ms. Brantley as that term is defined in 15 USC 1681a.

26. Such reports contained information about Ms. Brantley that was false, misleading, and inaccurate.

27. Trans Union willfully failed to maintain and/or follow reasonable procedures to assure maximum possible accuracy of the information that it reported to one or more third parties pertaining to Ms. Brantley, in violation of 15 USC 1681e(b).

28. After receiving Ms. Brantley's consumer dispute to the Errant Trade Line, Trans Union willfully failed to conduct a reasonable reinvestigation as required by 15 U.S.C. 1681i.

29. Trans Union willfully failed to provide Plaintiff with the results of its reinvestigation before the end of the 30-day period beginning on the date on which Trans Union received the notice of dispute from Plaintiff as required by 15 U.S.C. 1681i.

30. As a direct and proximate cause of Trans Union's willful failure to perform its duties under the FCRA, Ms. Brantley has suffered actual damages, mental anguish and suffering, humiliation, and embarrassment.

31. Trans Union is liable to Ms. Brantley by reason of its violations of the FCRA in an amount to be determined by the trier of fact together with her reasonable attorneys' fees pursuant to 15 USC 1681n.

**WHEREFORE, PLAINTIFF PRAYS** that this court grants her a judgment against Defendant Trans Union for the greater of statutory or actual damages, plus punitive damages along with costs, interest, and reasonable attorneys' fees.

## JURY DEMAND

Plaintiff hereby demands a trial by Jury.

DATED: September 29, 2017

                                               KENT LAW OFFICES

                                       By: */s/ Trinette G. Kent*
                                          Trinette G. Kent
                                          Attorneys for Plaintiff,
                                          Sandra Brantley