NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sandra Brantley,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Trans Union LLC,<br><br>　　　　　Defendant. | No. CV-17-03356-PHX-JJT<br><br>**ORDER** |

　　　Upon review of the parties' Stipulation for Dismissal With Prejudice (Doc. 19), and good cause appearing,

　　　IT IS ORDERED granting the Stipulation (Doc. 19). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

　　　IT IS FURTHER ORDERED vacating the Rule 16 Scheduling Conference scheduled for 2:30 p.m. on January 23, 2018.

　　　IT IS FURTHER ORDERED directing the Clerk to close this matter.

　　　Dated this 23rd day of January, 2018.

　　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　　United States District Judge